# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>JOSEPH NORTON, Appellant,<br>against<br>ECP PROPERTY II LLC, Appellee. | **DISTRICT**<br>EDNY | **DOCKET NUMBER**<br>24 CV 570 |
| | **JUDGE**<br>HON. ERIC KOMITEE, | **APPELLANT** |
| | **COURT REPORTER** | **COUNSEL FOR APPELLANT**<br>KARAMVIR DAHIYA |

| | |
|---|---|
| **Check the applicable provision:**<br>☑ **I am ordering a transcript.**<br>☐ **I am not ordering a transcript.**<br>**Reason for not ordering a transcript:**<br>☐ **Copy is already available**<br>☐ **No transcribed proceedings**<br>☐ **Other (Specify in the space below):** | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**<br>JANUARY 10, 2024, the bankruptcy court (Hon. Elizabeth Stong) of Eastern District of New York heard the motion for contempt as filed by Debtor, appellant herein.<br>**METHOD OF PAYMENT** ☐ **Funds** ☐ **CJA Voucher (CJA 21)** |
| **INSTRUCTIONS TO COURT REPORTER:**<br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br>☐ **PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS**<br>☐ **OTHER (Specify in the space below):** | **DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)** |

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| **COUNSEL'S SIGNATURE** | **DATE** |
|---|---|
| /s/karamvirdahiya | July 6, 2026 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| | | |

| **SIGNATURE OF COURT REPORTER** | **DATE** |
|---|---|
| | |